```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN MITCHELL, et al.         :      CIVIL ACTION
                              :
         v.                   :
                              :
SAFECO INSURANCE COMPANY      :
OF ILLINOIS                   :      NO. 14-625
```

ORDER

AND NOW, this 6th day of May, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the petition of plaintiffs to set aside appraisal award (Doc. #14) is DENIED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                    J.